UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL JAMES SILVA,

    Plaintiff,

v.                                         Case No. 3:17-cv-0292-J-20MCR

TAYLOR ALISON SWIFT,

    Defendant.
_____/

## ORDER

This matter is before the Court on Plaintiff's "Motion to Dismiss" (Dkt. 24). Plaintiff seeks to voluntarily dismiss his case against the Defendant, without prejudice. The Defendant has not served Plaintiff with an answer or a motion for summary judgment.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is **DISMISSED without prejudice**; and

2. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case.

**DONE AND ENTERED** at Jacksonville, Florida, this /2*t*̶ day of July, 2017.

                                                      HARVEY E. SCHLESINGER
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Daniel James Silva, *Pro Se*
James Douglas Baldridge, Esq.